UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY T. SHERMAN, JR.,<br>    Petitioner,<br>    v.<br>PEOPLE OF THE STATE OF CA,<br>    Respondent. | Case No. 25-cv-00940 NC (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at the Serra Conservation Center in Tuolumne County, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See* Dkt. No. 1. Petitioner challenges his state conviction out of Placer County. *Id.* at 1.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Here, Petitioner was convicted in Placer County and is currently confined in Tuolumne County, which both lie within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(b). Therefore, venue properly lies in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District

Court for the Easter District of California.  *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: February 6, 2025

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\HC 2024\00940Sherman_transfer(ED)